# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Michael Braun, et al.
                        Plaintiff,

v.                                                   Case No.: 3:21−cv−50003
                                                   Honorable Rebecca R. Pallmeyer

Polidori, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone conference convened for hearing on pending motions. Plaintiff failed to appear, and the hearing was therefore stricken. The court can, however, rule without further argument on Plaintiff's motion for recruitment of standby counsel: That motion [334] is denied. There is no constitutional right to counsel in a civil case, such as this one, and Mr. Braun has shown he is capable of litigating effectively on his own. The parties are directed to appear for a final pretrial conference by telephone on Thursday, May 29, 2025, beginning at 1:45 p.m. Plaintiff is warned that the court is unable to procced without his participation. His failure to call in for the hearing may therefore result in dismissal of this case. The court intends in next week's conference to address pending motions, including both sides' in limine motions; the court's jury selection procedures, and review of a draft questionnaire that the court will circulate for review prior to the conference; and potential settlement efforts. To join the telephone hearing, please dial 1−650−479−3207 or 1−855−244−8681 (toll free) and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.