Michael Braun       Federal Court       6/2/25

   Vs.              Rockford. IL.        CASE #
                                         21 CV 50003
City of McHenry, IL.

## Motion for Reconsideration

① To grant the WRIT to allow my son
Conrad Braun who is in the custody of
a corrupt government because of a
corrupt jewich prosecutor, ZELE WEISENFELD,
who was undoobtedly ASKED to Malisooely
prosecute my son by a super evil jewish
prosecutor, SHERYL Eisenstein, This is NOT
A Coincidence.

## Argument

② I filed an emergency Motion 2 weeks ago
which was NOT timely taken up by the Court
and then denied, but without predjudice.

                                    PG 1

Argument (continued)

(3) This is a civil rights violation trial in which my 5th Amendment right to Due Process is now being violated.

(4) My first born child and oldest son of 10 children and 5 boys is in prison for a crime he did not commit because Sheryl Eisenstein is so OVERZEALOUS full of contempt because she couldn't put me in prison, so she went after my family.

(5) Conrad Brown is my star witness as to the suffering we have gone through as a family. Conrad nor my wife have ever been charged with a crime. Conrad is serving a 10 year sentence and my wife is being robbed of $32,000 by Zeke Weidenfeld for a misdemeanor crime

PG 2

<u>Argument</u> continued

that she was forced to plead guilty
to in fear of being ripped away from
her 7 children.

6) Even if this means delaying the trial.
I filed the motion 2 weeks ago which
was more than enough time to get Conrad
here to testify, even while he's in
custody. He's only 4 HOURS AWAY. IF
my motion is denied, I will file
an INTER-LOCUTORY Appeal with
the Appellate Court asking to grant the
writ to allow Conrad Braun to testify
for me at trial and Not Allow my
right to due Process to be violated.
Conrad's absence will violate my right
to a fair trial.

Conclusion and Remedy

(7) Your Honor, with all due respect, please grant my motion for a Writ of Habeas Corpus ad testificandum.

Thank you,

Michael Braun

PG 4